Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd. Suite 340,
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
 tfriedman@toddflaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JARED VALENTINE,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS FINANCIAL COMPANY; EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION LLC,<br><br>Defendant(s). | Case No.<br><br>2:25-cv-02510-AB-KES<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

NOW COMES THE PLAINTIFF, by and through his attorney, and hereby notifies the Court that he has reached a settlement as to Plaintiff's claims against Defendant Equifax Information Services, LLC only. Plaintiff and Equifax Information Services, LLC anticipate they will be able to submit a Notice or Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC only within 60 days. Plaintiff's claims against General Motors

Financial Company have not been settled and shall remain pending before the Court.

Dated: April 18, 2025

                LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                By:  /s/ Todd M. Friedman
                     Todd M. Friedman
                     Law Offices of Todd M. Friedman, P.C.
                     Attorney for Plaintiff

Notice of Settlement

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On April 18, 2025, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on April 18, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:   /s/ Todd M. Friedman
      Todd M. Friedman, Esq.
      Attorney for Plaintiffs